IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CASE #: ~~1:14CR~~ 1:14MJ001

DANNY EARL STARKS

18 U.S.C. § 242

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE

On or about October 17, 2012, in Monroe County, in the Northern District of Mississippi, the defendant, **DANNY EARL STARKS**, while acting under color of law as Sheriff's Deputy with the Monroe County Sheriff's Office, unlawfully assaulted J.P. by striking J.P. in the head and face with his fist, thereby willfully depriving J.P. of the right, secured and protected by the United States Constitution and the laws of the United States, to be free from the use of unreasonable force by a law enforcement officer.

All in violation of Title 18, United States Code, Section 242.

JOCELYN SAMUELS
ACTING ASSISTANT ATTORNEY GENERAL
Civil Rights Division

By: _____
PAIGE M. FITZGERALD
Acting Chief, Criminal Section
Civil Rights Division