UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES

Case No.: 1:14MJ1          Place Held: Aberdeen

UNITED STATES OF AMERICA V. Danny Starks

Date/Time Began: 7/14/2014 1:45 PM
Date/Time Ended: 7/14/2014 1:50 PM
                 Total Time: 5 minutes

PRESENT:  Honorable DAVID A. SANDERS, U. S. MAGISTRATE JUDGE

    Peggy Sloan                    Digital
    Deputy Clerk                   Court Reporter

 Attorneys for Government:     Attorneys for Defendant(s):

    Sheldon L. Beer                Jeffery M. Navarro


PROCEEDINGS: Sentencing Hearing Count 1 of Information


Docket Entry: Sentencing held; Sentence imposed as to Count 1 of an Information.  No PSR required.  Defendant released.  J & C forthcoming.



                              DAVID CREWS, CLERK

                              By /s/
                              Courtroom Clerk